1

2

3

4

5              **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8   WADE H. SNODGRASS,                    No. CIV S-07-1491-JAM-CMK

9              Plaintiff,

10        vs.                              ORDER

11   SHASTA COUNTY DETENTION
     FACILITY, et al.,
12
              Defendants.
13
     _____/
14

15         Plaintiff, who is proceeding pro se, brings this civil rights action for damages.  A

16   status/scheduling conference was held in this matter on July 16, 2008, at 10:00 a.m. before the

17   undersigned.  Plaintiff Wade H. Snodgrass appeared pro se.  Gary Brickwood, Esq., appeared for

18   defendant(s).

19         Initially, the court will address plaintiff's representation to the court at the hearing

20   that he submitted a scheduling conference statement as required by the June 25, 2008, order.

21   While plaintiff states that he filed a statement, there is no indication on the court's docket that a

22   scheduling conference statement has ever been filed by plaintiff.  Plaintiff is cautioned that

23   failure in the future to comply with court rules and orders may result in dismissal of the action.

24   See Local Rule 11-110.  In this instance, defendants had no objection to plaintiff's failure to file

25   a scheduling conference statement.

26         Upon consideration of the status report on file in this action, discussion with the

                                        1

parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the following

schedule is set for this matter pursuant to Federal Rule of Civil Procedure 16(b):

        1.     The parties shall exchange lists of expert witnesses no later than

November 28, 2008.  Such disclosures must be made pursuant to Federal Rule of Civil Procedure

26(a)(2)(A) and (B).  The parties are reminded of their obligation to supplement these disclosures

when required under Federal Rule of Civil Procedure 26(e)(1).  Failure to comply with these

requirements may result in the imposition of appropriate sanctions, which may include the

preclusion of testimony or other evidence offered through the expert witness;

        2.     Discovery shall be completed, and all motions pertaining to discovery

shall be noticed to be heard, by January 30, 2009;

        3.     All other pre-trial motions, including dispositive motions, shall be noticed

to be heard by March 31, 2009;

        4.     The pre-trial conference is set for May 1, 2009, at 3:00 p.m. in

Sacramento, California, before the Honorable John A. Mendez.  Separate pre-trial statements

shall be filed pursuant to Local Rule 16-281.  At the pre-trial conference, the court will set

deadlines, among others, to file motions in limine, final witness and exhibits lists, objections

thereto, and other trial documents; and

        5.     Jury trial of this matter is set for July 13, 2009, at 8:30 a.m. in Sacramento,

California, before the Honorable John A. Mendez.  The parties shall file trial briefs pursuant to

Local Rule 16-285.


DATED:  July 17, 2008

                                           _Craig M. Kellison_____
                                           **CRAIG M. KELLISON**
                                           UNITED STATES MAGISTRATE JUDGE