IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADE H. SNODGRASS, | No. CIV S-07-1491-JAM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SHASTA COUNTY DETENTION FACILITY, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil rights action for damages. Pending before the court is defendants' motion for summary judgment (Doc. 18). Plaintiff has not filed any opposition to the motion. Pursuant to Eastern District of California Local Rules 78-230 (c), (h), 5-135(a), and 6-136(a), the hearing scheduled for March 19, 2009, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

DATED: March 18, 2009

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1